UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: KOZIOROWSKI, ROBERT J | § Case No. 10-34480 |
| KOZIOROWSKI, AMY | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/20/2012 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 11/23/2011      By: /s/ Michael G. Berland
                                  Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: KOZIOROWSKI, ROBERT J       § Case No. 10-34480
       KOZIOROWSKI, AMY            §
                                   §
                                   §
Debtor(s)                          §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 7,925.80 |
| *and approved disbursements of* | $ | 75.00 |
| *leaving a balance on hand of* [1] | $ | 7,850.80 |
| **Balance on hand:** | $ | 7,850.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 7,850.80 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 1,542.58 | 0.00 | 1,542.58 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 1,542.58 |
| Remaining balance: | $ | 6,308.22 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,308.22 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,308.22

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,619.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Direct Buy c/o fFIRST MUTUAL FINANCIAL | 771.17 | 0.00 | 71.95 |
| 2 | Chase Bank USA, N.A. | 17,261.00 | 0.00 | 1,610.27 |
| 3 | Alliant Credit Union | 17,070.50 | 0.00 | 1,592.49 |
| 4 | Chase Bank USA, N.A. | 1,117.43 | 0.00 | 104.24 |
| 5 | Fia Card Services, Bank of America AMEIRCAN iNFOSOURCE AGENT | 31,399.88 | 0.00 | 2,929.27 |

Total to be paid for timely general unsecured claims: $ 6,308.22
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:   /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 10-34480-BWB
Robert J Koziorowski                                                        Chapter 7
Amy Koziorowski
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: dgomez             Page 1 of 2             Date Rcvd: Nov 28, 2011
                                Form ID: pdf006          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2011.
db/jdb        Robert J Koziorowski,    Amy Koziorowski,    23065 Benet Ln,    Plainfield, IL 60586-5108
15940291     ++ALLIANT CREDIT UNION,    BANKRUPTCY DEPARTMENT,    11545 W TOUHY AVE,    CHICAGO IL 60666-5000
               (address filed with court: Alliant Credit Union,     11545 W Touhy Ave,    Chicago, IL  60666)
15940292      Bank of America,    PO Box 851001,    Dallas, TX  75285-1001
16184363      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15940293      Chase Home Financing LLC,    PO Box 78420,    Phoenix, AZ  85062-8420
15940294      Direct Buy,    C/O First Mutual Financial,    PO Box 579,    Painesville, OH  44077-0579
15940295     +Dovetail Interiors,    3251 Sunrise Walk,    Kissimmee, FL 34747-1644
15940297      Koziorowski, Amy,    23065 Benet Ln,    Plainfield, IL 60586-5108
15940296      Koziorowski, Robert & Amy,    23065 Benet Ln,    Plainfield, IL  60586-5108
15940298      National City Bank,    PO Box 856177,    Louisville, KY  40285-6177
15940299     +Robert G. Whitley, Jr.,    15028 S. DesPlaines Street,    Plainfield, IL 60544-2835
15940300     +Sun Trust Mortgage,    PO Box 26149,    Richmond, VA 23260-6149
15940301      United Mileage Plus,    CardMember Service,    PO Box 15153,    Wilmington, DE  19886-5153
15940302     +Windsor Hills Rental,    23065 Benet Ln,    Plainfield, IL 60586-5108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16500996       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 29 2011 04:30:52
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK  73124-8809
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2011**            **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: dgomez              Page 2 of 2            Date Rcvd: Nov 28, 2011
                              Form ID: pdf006           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2011 at the address(es) listed below:

          Lydia Y Siu   on behalf of Creditor  SunTrust Mortgage f/k/a Crestar Mortgage
           lsiu@atty-pierce.com, northerndistrict@atty-pierce.com
          Michael G Berland   einstein829@earthlink.net, IL33@ecfcbis.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Robert G Whitley   on behalf of Debtor Robert Koziorowski rwhitley@plfdlaw.com
                                                                                                                          TOTAL: 4