UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KOZIOROWSKI, ROBERT J | § | Case No. 10-34480 |
| KOZIOROWSKI, AMY | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:

---

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)   This case was originally filed under chapter   on            . The case was pending for    months.

5)   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND_____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 3 Direct Buy C/O First Mutual Financial PO Box 579 Painesville OH 44077-0579 | | | | | |
| | Creditor # : 4 Dovetail Interiors 3251 Sunrise Walk Kissimmee FL 34747 | | | | | |
| | Creditor # : 5 United Mileage Plus CardMember Service PO Box 15153 Wilmington DE 19886-5153 | | | | | |
| 3 | ALLIANT CREDIT UNION | | | | | |
| 2 | CHASE BANK USA, N.A. | | | | | |
| 4 | CHASE BANK USA, N.A. | | | | | |
| 1 | DIRECT BUY C/O FFIRST MUTUAL FINANC | | | | | |
| 5 | FIA CARD SERVICES, BANK OF AMERICA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 10-34480 Doc 32 Filed 08/21/12 Entered 08/21/12 11:35:33 Desc Main
Document Page 6 of 12

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-34480 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|---|
| Case Name: | KOZIOROWSKI, ROBERT J | | | | Date Filed (f) or Converted (c): | 07/31/10 (f) |
| | KOZIOROWSKI, AMY | | | | 341(a) Meeting Date: | 09/02/10 |
| For Period Ending: | 08/08/12 | | | | Claims Bar Date: | 12/06/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7755 Grassendale, Kissime-scheduled | 260,000.00 | 0.00 | DA | 0.00 | FA |
| 2. American Funds-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. 23065 Benet, Plainfiield-scheduled | 253,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Alliant Credit Union-scheduled | 131.37 | 0.00 | DA | 0.00 | FA |
| 5. Alliant Credit Union-scheduled | 524.00 | 0.00 | DA | 0.00 | FA |
| 6. First National Savings-scheduled` | 205.72 | 0.00 | DA | 0.00 | FA |
| 7. Harris checking-scheduled | 306.90 | 0.00 | DA | 0.00 | FA |
| 8. Harris checking-scheduled | 22.90 | 0.00 | DA | 0.00 | FA |
| 9. Harris Account-Luke-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 10. Harris Savings-Ethan-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 11. Harris savings-Ava-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 12. Furniture-Florida home-schheduled | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 13. Equity Trsut account-scheduled | 1,795.00 | 0.00 | DA | 0.00 | FA |
| 14. Equity Trust Account-scheduled | 10.00 | 0.00 | DA | 0.00 | FA |
| 15. Fidelity investments-scheduled | 83,349.42 | 0.00 | DA | 0.00 | FA |
| 16. Met Life-scheduled | 52,400.00 | 0.00 | DA | 0.00 | FA |
| 17. T Rowe Price IRA-scheduled | 13,484.96 | 0.00 | DA | 0.00 | FA |
| 18. 52 savings bonds-scheduled | 3,343.34 | 0.00 | DA | 0.00 | FA |
| 19. 2001 Toyota-scheduled | 1,650.00 | 0.00 | DA | 0.00 | FA |
| 20. 2010 Chevrolet Impala-scheduled | 14,000.00 | 1,609.23 | | 7,925.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.92 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $689,523.61 | $1,609.23 | | $7,925.92 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-34480    BL    Judge: Bruce W. Black | Trustee Name:    MICHAEL G. BERLAND |
| Case Name: | KOZIOROWSKI, ROBERT J | Date Filed (f) or Converted (c):    07/31/10 (f) |
| | KOZIOROWSKI, AMY | 341(a) Meeting Date:    09/02/10 |
| | | Claims Bar Date:    12/06/10 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee compromised his interest in a vehicle. The trustee has filed a Final report with bankruptcy court.

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

LFORM1                                                                                                                                                Ver: 16.06d
**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-34480 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | KOZIOROWSKI, ROBERT J | | Bank Name: | The Bank of New York Mellon |
| | KOZIOROWSKI, AMY | | Account Number / CD #: | *******0665 Money Market Account |
| Taxpayer ID No: | *******4850 | | | |
| For Period Ending: | 08/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/20/10 | 20 | Robert Whitley Trust Account | Payment for equity in 2010 Chevrolet DEPOSIT CHECK #1289 | 1129-000 | 7,925.00 | | 7,925.00 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 7,925.02 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,925.08 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,925.14 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,925.20 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,925.26 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,925.32 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,925.38 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,925.44 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,925.50 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,925.56 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,925.62 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,925.68 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,900.68 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,900.74 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,875.74 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,875.80 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,850.80 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,850.86 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,850.92 |
| 01/12/12 | | To Acct #*******0666 | Transfer for purpose of final distribution | 9999-000 | | 7,850.92 | 0.00 |
| | | | | Page Subtotals | 7,925.92 | 7,925.92 | |

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 10-34480 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KOZIOROWSKI, ROBERT J | Bank Name: | The Bank of New York Mellon |
| | KOZIOROWSKI, AMY | Account Number / CD #: | *******0665  Money Market Account |
| Taxpayer ID No: | *******4850 | | |
| For Period Ending: | 08/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,925.92 | 7,925.92 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 7,850.92 | |
| | | | Subtotal | | 7,925.92 | 75.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,925.92 | 75.00 | |

Page Subtotals          0.00          0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-34480 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | KOZIOROWSKI, ROBERT J | | Bank Name: | The Bank of New York Mellon |
| | KOZIOROWSKI, AMY | | Account Number / CD #: | *******0666  Checking Account |
| Taxpayer ID No: | *******4850 | | | |
| For Period Ending: | 08/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/12 | | From Acct #*******0665 | Transfer for purpose of final distribution | 9999-000 | 7,850.92 | | 7,850.92 |
| 01/25/12 | | Transfer to Acct #*******4786 | Bank Funds Transfer | 9999-000 | | 7,850.92 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 7,850.92 | 7,850.92 | 0.00 |
| Less: Bank Transfers/CD's | 7,850.92 | 7,850.92 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals     7,850.92     7,850.92

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-34480 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | KOZIOROWSKI, ROBERT J | | Bank Name: | Congressional Bank |
| | KOZIOROWSKI, AMY | | Account Number / CD #: | *******4786 Checking Account |
| Taxpayer ID No: | *******4850 | | | |
| For Period Ending: | 08/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******0666 | Bank Funds Transfer | 9999-000 | 7,850.92 | | 7,850.92 |
| 01/25/12 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Trustee Compensation | 2100-000 | | 1,542.58 | 6,308.34 |
| 01/25/12 | 001002 | Direct Buy c/o fFIRST MUTUAL FINANCIAL<br>PO Box 579<br>Painesville, OH 44077-0579 | Claim 1, Payment 9.32868% | 7100-000 | | 71.94 | 6,236.40 |
| 01/25/12 | 001003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 2, Payment 9.32912% | 7100-000 | | 1,610.30 | 4,626.10 |
| 01/25/12 | 001004 | Alliant Credit Union<br>11545 W Touhy Ave<br>Chicago, IL 60666 | Claim 3, Payment 9.32914% | 7100-000 | | 1,592.53 | 3,033.57 |
| 01/25/12 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 4, Payment 9.32944% | 7100-000 | | 104.25 | 2,929.32 |
| 01/25/12 | 001006 | Fia Card Services, Bank of America AMEIRCAN<br>iNFOSOURCE AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 5, Payment 9.32908% | 7100-000 | | 2,929.32 | 0.00 |

Page Subtotals    7,850.92    7,850.92

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-34480 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KOZIOROWSKI, ROBERT J | Bank Name: | Congressional Bank |
| | KOZIOROWSKI, AMY | Account Number / CD #: | *******4786 Checking Account |
| Taxpayer ID No: | *******4850 | | |
| For Period Ending: | 08/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,850.92 | 7,850.92 | 0.00 |
| Less: Bank Transfers/CD's | 7,850.92 | 0.00 | |
| Subtotal | 0.00 | 7,850.92 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 7,850.92 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******0665 | 7,925.92 | 75.00 | 0.00 |
| Checking Account - *******0666 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******4786 | 0.00 | 7,850.92 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 7,925.92 | 7,925.92 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*